1  ROBERT S. SHWARTS (STATE BAR NO. 2391605)
   LESLEY E. KOTHE (STATE BAR NO. 209512)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:    415-773-5700
   Facsimile:     415-773-5759
5
   Attorneys for Defendant
6  STEVEN J. LOCASCIO

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  AIG MARKETING, INC. and              Case No.  05-CV-03081-MJJ
    AMERICAN INTERNATIONAL GROUP,
12  INC.,                                **NOTICE OF SUBSTITUTION OF
                                         COUNSEL**
13                  Plaintiffs,
                                         Granted
14       v.

15  STEVEN J. LOCASCIO,

16                  Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

|    |    |    |
|----|----|----|
| 1  | PLEASE TAKE NOTICE THAT Defendant Steven J. LoCascio ("LoCascio") substitutes Robert S. Shwarts (rshwarts@orrick.com) and Lesley E. Kothe (lkothe@orrick.com), attorneys at Orrick Herrington & Sutcliffe LLP, 405 Howard, San Francisco, California 94105, as his counsel of record in the above-entitled action, in place of James H. McQuade, an attorney at Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103. | |

Dated: August 11, 2005

ROBERT S. SHWARTS
LESLEY E. KOTHE
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/
_____
Lesley E. Kothe
Attorneys for Defendant
STEVEN J. LOCASCIO

8/12/2005  *Martin J. Jenkins* (signature)