# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG MARKETING, INC. AND AMERICAN INTERNATIONAL GROUP, INC.<br><br>       Plaintiff,<br><br>  v.<br><br>STEVEN J. LOCASCIO<br><br>       Defendant. | Case No.: 3:05-CV-03081-MJJ<br><br>~~PROPOSED~~ **ORDER REGARDING STIPULATED REQUEST FOR CONTINUANCE** |

WHEREAS the Court has set this matter for an initial conference on November 1, 2005; and

WHEREAS, on or about October 14, 2005, the parties agreed as between themselves to a 30 day "stand still" with respect to this matter to afford them an opportunity to resolve the matter without further litigation; and

WHEREAS it is stipulated and agreed by and between the counsel on behalf of their respective clients that the initial conference in this matter is adjourned to November 14, 2005 or to a date thereafter convenient for the Court;

IT IS HEREBY ORDERED THAT the initial conference in this matter may be adjourned to November 15 , 2005 at 2 pm.

IT IS SO ORDERED.

Dated: 10/26/2005

The Honorable Martin J. Jenkins
United States District Judge