1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Kevin S. Reed (admitted *pro hac vice*)
2  kevinreed@quinnemanuel.com
   Scott G. Lawson (Bar No. 174671)
3  scottlawson@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone: (415) 875-6600
5  Facsimile: (415) 875-6700

6  Attorneys for Plaintiffs
   AIG MARKETING, INC. AND
7  AMERICAN INTERNATIONAL GROUP, INC.

8  ORRICK HERRINGTON & SUTCLIFFE LLP
   Robert S. Shwarts (Bar No. 196803)
9  rshwarts@orrick.com
   Lesley E. Kothe (Bar No. 209512)
10 lkothe@orrick.com
   The Orrick Building
11 405 Howard Street
   San Francisco, California 94105-2669
12 Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
13
   Attorneys for Defendant
14 STEVEN J. LOCASCIO

FILED
NOV 1 0 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15                UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA

17 AIG MARKETING, INC. AND AMERICAN    )   Case No.: 3:05-CV-03081 (MJJ)
18 INTERNATIONAL GROUP, INC.            )
                                        )   **SECOND STIPULATED REQUEST
19              Plaintiff,              )   FOR CONTINUANCE**
        v.                              )
20                                      )
   STEVEN J. LOCASCIO                   )
21                                      )
                Defendant.              )
22                                      )
23 _____ )

24
25      WHEREAS, on or about October 14, 2005, the parties agreed as between
26 themselves to a 30 day "stand still" with respect to this matter to afford them an opportunity to
27 resolve the matter without further litigation;
28

Case 3:05-cv-03081-MJJ    Document 15    Filed 11/10/2005    Page 2 of 2

1  WHEREAS, on October 25, 2005, the parties filed a stipulated request that the
2  initial conference in this matter be adjourned until November 14, 2005, or to a date thereafter
3  convenient to the Court;

4  WHEREAS, on October 26, 2005, the Court ordered that the initial conference in
5  this matter be adjourned to November 15, 2005;

6  WHEREAS on or about November 8, 2005, the parties agreed as between
7  themselves to a further "stand still" until December 1, 2005 with respect to this matter to afford
8  them an opportunity to resolve the matter without further litigation; and

9  WHEREAS, in furtherance of that "stand still" agreement the parties hereby jointly
10  respectfully request that the Court adjourn the initial conference in this matter;

11  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned
12  counsel on behalf of their respective clients that the initial conference in this matter may be
13  adjourned to December 21, 2005 or to a date thereafter convenient for the Court, as indicated
14  below.

| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By: [signature] Scott G. Lawson (Bar No. 174671) | By: [signature] Robert S. Shwarts (Bar No. 196803) |
| 50 California Street, 22nd Fl. San Francisco, CA 94111 (415) 875-6600 | 405 Howard Street San Francisco, California 04105 (415) 773-5760 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

22  IT IS HEREBY ORDERED THAT the initial conference in this matter be adjourned to
23  JAN. 24, 2005 at 2pm.
24  IT IS SO ORDERED.

26  Dated: 11/10/2005

[signature]
The Honorable Martin J. Jenkins
United States District Judge

-2-